United States District Court
Middle District of Florida
Jacksonville Division

KATIE JACKSON,

      *Plaintiff,*

v.                                                                                  NO. 3:20-cv-475-J-39PDB

WELLS FARGO BANK, N.A.,

      *Defendant.*

_____

## Order

Based on the parties' agreement, Doc. 33, the Court **grants in part** Wells Fargo Bank, N.A.'s motion to strike, Doc. 20, and strikes from the amended complaint, Doc. 14, paragraphs 72 through 92. All other paragraphs remain. Wells Fargo retains the right to object to the admissibility of any evidence relating to the allegations in the amended complaint.

**Ordered** in Jacksonville, Florida, on November 9, 2020.

_____

PATRICIA D. BARKSDALE
*United States Magistrate Judge*